BEFORE THE FIRST DIVISION, OCTOBER 29, 1953

No. 57565.—S. H. Kress & Co. et al. *v.* United States, protests 983337–G, etc. (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

No. 57566.—American Mink Co. et al. *v.* United States, protests 110240–K, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

No. 57567.—Brenner Bros. *v.* United States, protest 205447–K (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting·opinion in C. D. 1480, *supra.*